UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES POLLOCK, JR.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ERIC RARDIN,**<br><br>Defendant. | 2:25-CV-13129-TGB-APP<br><br>HON. TERRENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 17)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's April 29, 2026 Report and Recommendation (ECF No. 17), recommending that Plaintiff's claims against the Defendant should be dismissed with prejudice for failure to comply with the Court's February 26, 2026 and March 31, 2026 Orders and/or pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute, and recommending that Defendant's motion to dismiss (ECF No. 13) is deemed moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court

1

will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of April 29, 2026 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of April 29, 2026 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** and Defendant's Motion to Dismiss is **DENIED AS MOOT**.

SO ORDERED.

Dated: June 15, 2026      s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on June 15, 2026.

s/E. Vradenburg
Case Manager

2